# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**CHRISTOPHER CARROLL,**

    Petitioner,

    v.

**WARDEN, CHILLICOTHE CORRECTIONAL INSTITUTION,**

    Respondent.

Case No. 2:17-cv-380
JUDGE JAMES L. GRAHAM
Magistrate Judge King

## ORDER

On February 20, 2018, the Magistrate Judge recommended that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed. *Report and Recommendation* (ECF No. 6). Although the parties were advised of the right to file objections to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* (ECF No. 6) is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED.**

The parties have waived their right to appeal from the judgment entered in this action by virtue of their failure to file objections to the *Report and Recommendation*. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Under these circumstances, the Court **DECLINES** to issue a certificate of appealability.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT**.

**IT IS SO ORDERED**.

Date: March 15, 2018

                                                                     s/James L. Graham
                                                                       JAMES L. GRAHAM
                                                                       United States District Judge